McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: 415-977-8963
Facsimile: 415-744-0134
E-mail: Sharon.Lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEWAYNE R. BOYD,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>   Commissioner of Social Security,[1]<br><br>    Defendant. | CASE NO. 2:18-cv-03152-AC<br><br>STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

DEWAYNE R. BOYD ("Plaintiff"), and ANDREW SAUL, Commissioner Of Social Security ("Defendant" or the "Commissioner"), hereby stipulate, subject to the approval of the Court, to a 30-day extension of time to for the Commissioner to respond to Plaintiff's Motion for Summary Judgment (ECF 15). The current deadline is July 10, 2019, and the new deadline would be August 8, 2019. The deadline for any reply would be August 27, 2019. This is the first extension of time requested in the above-captioned matter. Defendant requests this additional time because the undersigned attorney was unexpectedly out of the office on medical leave for two days during the week of June 24, 2019 and

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act (the Act), 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

currently has six dispositive motions due the week of July 8, 2019.  Accordingly, the undersigned attorney requires additional time to adequately address the issues that Plaintiff raises in his motion for summary judgment.  The parties further stipulate that the scheduling order in the above-captioned matter be modified accordingly.

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: July 1, 2019

By: /s/ *Lawrence David Rohlfing**
LAWRENCE DAVID ROHLFING
Attorney for Plaintiff
[*As authorized by e-mail on July 1, 2019]

Dated: July 1, 2019

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

By: /s/ *Sharon Lahey*
SHARON LAHEY
Assistant Regional Counsel

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.  Defendant shall respond to Plaintiff's Motion for Summary Judgment on or before August 8, 2019.  Plaintiff shall file any reply on or before August 27, 2019.  All other deadlines are modified accordingly.

Dated: July 2, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE