McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: 415-977-8963
Facsimile: 415-744-0134
E-mail: Sharon.Lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEWAYNE R. BOYD, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br>  Commissioner of Social Security, <br><br> Defendant. | Case No. 2:18-cv-03152-AC <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

DEWAYNE R. BOYD ("Plaintiff"), and ANDREW SAUL, Commissioner Of Social Security ("Defendant" or the "Commissioner"), hereby stipulate, subject to the approval of the Court, to a 14-day extension of time to for the Commissioner to respond to Plaintiff's Motion for Summary Judgment (ECF 15). The current deadline is August 8, 2019, and the new deadline would be August 22, 2019. The deadline for any reply would be September 11, 2019. This is the second extension of time requested in the above-captioned matter. Defendant requests this additional time because the Commissioner is considering the possible settlement of the above-captioned action without further briefing by the parties.

/ / / /

/ / / /

Def.'s EOT & Proposed Order            1            Case No. 2:18-cv-03152-AC

The parties further stipulate that the scheduling order in the above-captioned matter be modified accordingly.

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: August 7, 2019 By:   /s/ *Lawrence David Rohlfing**
LAWRENCE DAVID ROHLFING
Attorney for Plaintiff
[*As authorized by e-mail on August 7, 2019]

Dated: August 7, 2019 McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

By:   */s/ Sharon Lahey*
SHARON LAHEY
Assistant Regional Counsel

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant shall respond to Plaintiff's Motion for Summary Judgment on or before August 22, 2019. Plaintiff shall file any reply on or before September 11, 2019. All other deadlines are modified accordingly.

DATED: August 7, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE