DAVID L. ANDERSON, CABN 149604
United States Attorney
DEBORAH STACHEL (CSBN 230138)
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CSBN 256628)
Assistant Regional Counsel
United States Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, CA 94105
   Telephone: 415-977-8963
   Fax: 415-744-0134
   Email: sharon.lahey@ssa.gov

Attorneys For Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEWAYNE R. BOYD,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,[1]<br>    Commissioner Of Social Security,<br><br>    Defendant. | CASE NO. 2:18-cv-03152-AC<br><br>**STIPULATION AND ORDER FOR REMAND TO AGENCY PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR** |

      IT IS HEREBY STIPULATED, by and between Dewayne R. Boyd (Plaintiff) and Andrew Saul, Commissioner Of Social Security (Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to reevaluate whether Plaintiff has past relevant work. The Appeals Council will further instruct the ALJ to reevaluate

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). <u>See</u> also section 205(g) of the Social Security Act (the Act), 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

whether Plaintiff is capable of performing past relevant work, if any, and, if Plaintiff has no past relevant work or is incapable of performing past relevant work, evaluate whether Plaintiff can perform other work existing in significant numbers in the national economy.

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: August 19, 2019 By: /s/ *Lawrence David Rohlfing*\*
LAWRENCE DAVID ROHLFING
Attorney for Plaintiff
[\*As authorized by e-mail on August 16, 2019]

Dated: August 19, 2019 McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

By: /s/ *Sharon Lahey*
SHARON LAHEY
Assistant Regional Counsel

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: August 20, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE